428 A.2d 689

Commonwealth v. Devine, Appellant.

Sub-mitted December 6, 1979. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Judgment of sentence affirmed.

428 A.2d 690

Commonwealth v. Dooley, Jr., Appellant.

Submitted April 16, 1980. John D. Petruso, for appellant; Stephen Toole, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

The orders entered in the above case are hereby affirmed.

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania, is sitting by designation.